**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**COLUMBUS DIVISION**

JENNIFER JAMES,

    Plaintiff,

    v.

EVEREST COLLEGE PHOENIX, INC.,

    Defendant.

PLAINTIFF'S COMPLAINT

4:14-cv-136 (CDL)

COMES NOW the Plaintiff, JENNIFER JAMES ("Plaintiff"), by and through her attorneys, and for Plaintiff's Complaint against Defendant, EVEREST COLLEGE PHOENIX, INC. ("Defendant"), Plaintiff alleges and affirmatively states as follows:

## INTRODUCTION

1. Count I of Plaintiff's Complaint is based on Telephone Consumer Protection Act, 28 U.S.C. § 227 *et seq.* ("TCPA").

## JURISDICTION AND VENUE

2. Jurisdiction of this Court arises pursuant to 28 U.S.C. § 1331.

3. Because Defendant conducts business in the State of Georgia, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person who resides in Columbus, Muscogee County, Georgia.

6. Defendant is a business entity with an office located at 10400 N. 25th Ave. #190, Phoenix, Arizona 85021.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

8. Defendant constantly and consistently places telephone calls to Plaintiff on Plaintiff's cellular telephone at 706-530-64XX.

9. Defendant places telephone calls from numbers including, but not limited to, 480-598-6991 and 706-250-4959.

10. Upon information and belief, each telephone call placed by Defendant to Plaintiff was placed using an automatic telephone dialing system or other equipment capable of storing and producing telephone numbers at sequential or random intervals to be dialed ("auto dialer").

11. In or around April, 2014, Plaintiff spoke to Defendant's representative and requested that Defendant cease calling her cellular phone.

12. Plaintiff never provided Defendant with consent to use an auto dialer to call her or to call her cellular phone.

13. In the event any consent was previously given, Plaintiff revoked any such consent during the conversation in April, 2014.

14. Despite Plaintiff's request to cease, Defendant continued to use an auto dialer to place calls to Plaintiff's cellular telephone without Plaintiff's consent.

15. Defendant's continued calls to Plaintiff's cellular telephone include, but are not limited to:
   1) 5/1/2014 10:53 AM
   2) 5/1/2014 5:15 PM
   3) 5/3/2014 2:14 PM
   4) 5/4/2014 2:42 PM
   5) 5/4/2014 3:01 PM
   6) 5/5/2014 10:51 AM
   7) 5/5/2014 11:39 AM
   8) 5/5/2014 4:33 PM
   9) 5/5/2014 6:43 PM

        10) 5/5/2014 8:36 PM
        11) 5/6/2014 10:47 AM
        12) 5/6/2014 1:13 PM
        13) 5/6/2014 3:12 PM

16. Plaintiff is annoyed and feels harassed by Defendant's continued calls to her cellular telephone.

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

17. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

18. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

19. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

20. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

21. All court costs, witness fees and other fees incurred; and

22. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

By: <u>/s/ Shireen Hormozdi</u>
    Shireen Hormozdi
    Krohn & Moss, Ltd
    10474 Santa Monica Blvd., Suite 405
    Los Angeles, CA 90025
    Phone:  (323) 988-2400 ext. 267
    Fax:    (866) 861-1390
    Attorney for Plaintiff