UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| JENNIFER JAMES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:14-cv-00136-CDL |
| | ) | |
| EVEREST COLLEGE PHOENIX, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES Plaintiff, JENNIFER JAMES ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED: February 5, 2015            RESPECTFULLY SUBMITTED,

                                   By: /s/ Shireen Hormozdi
                                       Shireen Hormozdi, Esq.
                                       Attorney for Plaintiff
                                       Krohn & Moss, Ltd.
                                       10474 Santa Monica Blvd., Suite 405
                                       Los Angeles, CA 90025
                                       Tel: (323) 988-2400 x 267
                                       Fax: (866) 861-1390
                                       Email: shormozdi@consumerlawcenter.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.

By: /s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff